IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DENNIS D'ALESSANDRO<br>Plaintiff(s)<br><br>v.<br><br>ONE BEACON INSURANCE COMPANY, and<br>IRON-STARR EXCESS AGENCY, LTD.,<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF<br>VOLUNTARY DISMISSAL<br>PURSUANT TO F.R.C.P.<br>41(a)(1)(A)(ii)**<br><br>Case No.: 14-CV-8867 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Iron-Starr Excess Agency, Ltd. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Signature of plaintiffs or plaintiff's counsel_
Evan S. Schwartz, Esq., Schwartz Law PC

666 Old Country Road, Ninth Floor
_Address_

Garden City, NY 11530
_City, State & Zip Code_

516-745-1122
_Telephone Number_

Dated: 1/23/15

_Signature of defendants or defendant's counsel_
Martin L. Eide, Esq., Sedgwick LLP

225 Liberty Street, 28th Floor
_Address_

New York, New York 10281
_City, State & Zip Code_

212 422-0202
_Telephone Number_

Dated: January 23, 2015