Crotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 29, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DENNIS D'ALESSANDRO,
    Plaintiff(s)

v.

ONE BEACON INSURANCE COMPANY, and
IRON-STARR EXCESS AGENCY, LTD.,
    Defendant(s)

PARTIAL **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 14-CV-8867

PARTIAL

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Iron-Starr Excess Agency, Ltd. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_/s/ Evan S. Schwartz_
Signature of plaintiffs or plaintiff's counsel
Evan S. Schwartz, Esq., Schwartz Law PC

666 Old Country Road, Ninth Floor
Address

Garden City, NY 11530
City, State & Zip Code

516-745-1122
Telephone Number

Dated: 1/23/15

_/s/ Martin L. Eide_
Signature of defendants or defendant's counsel
Martin L. Eide, Esq., Sedgwick LLP

225 Liberty Street, 28th Floor
Address

New York, New York 10281
City, State & Zip Code

212 422-0202
Telephone Number

Dated: January 23, 2015

**SO ORDERED:**

_/s/ Paul A. Crotty_

1-29-15

**U.S.D.J.**