

Evan S. Schwartz, Partner / ESS@SchwartzLawPC.com

February 4, 2015

*via* **Electronic Case Filing**
Hon. Paul A. Crotty, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   RE: **D'Alessandro v. OneBeacon Ins. Co.**
      **Docket No. 14-CV-8867 (PAC)**

Dear Your Honor:

  We represent plaintiff Dennis D'Alessandro in the above matter. We write in accordance with Your Honor's Individual Practice Rules and Rule 13.1 of the ECF Rules and Instructions. We wish to voluntarily dismiss the action, without prejudice, against Defendant OneBeacon Insurance Company ("OneBeacon"). There has been no appearance by counsel on behalf of OneBeacon.

  Please advise how the Court would like us to handle this dismissal.

  We appreciate the Court's consideration of this matter.

              Very truly yours,

              SCHWARTZ LAW PC

           By: /s/
              Evan S. Schwartz

SCHWARTZLAWPC.COM | DISABILITYINSURANCELAWYERS.COM
EVAN S. SCHWARTZ | MICHAIL Z. HACK°** | HAROLD J. LEVY°** | SCOTT M. HARRIGAN° | KATHLEEN F. SCHWARTZ°
° COUNSEL ** ADMITTED IN NY AND NJ
666 OLD COUNTRY ROAD | 9TH FLOOR | GARDEN CITY, NY 11530 | PHONE: 516.745.1122 | FAX: 516.745.0844
THE WOOLWORTH BUILDING | NEW YORK, NY | PHONE: 212.608.5445