USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DENNIS D'ALESSANDRO,
　　　　　Plaintiff(s)

v.

ONE BEACON INSURANCE COMPANY, and
IRON-STARR EXCESS AGENCY, LTD.,
　　　　　Defendant(s)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Case No.: 14-CV-8867

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) One Beacon Insurance Company pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_Evan S. Schwartz_
Signature of plaintiffs or plaintiff's counsel
Evan S. Schwartz, Esq., Schwartz Law PC

666 Old Country Road, Ninth Floor
Address

Garden City, NY 11530
City, State & Zip Code

516-745-1122
Telephone Number

Dated: 2/4/15

_____
Signature of defendants or defendant's counsel
No appearance by Defendant or Counsel

150 Royall Street
Address

Canton, MA 02021
City, State & Zip Code

_____
Telephone Number

Dated: _____

**SO ORDERED:**

_Paul A. Crotty_
**U.S.D.J.**

02-05-2015